# UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLLINOIS
EASTERN DIVISION

In re: ESNTION RECORDS, INC.   §  Case No. 10-15704
                               §  Chapter 7
                               §  Hon. JACQUELINE P. COX
                               §
       Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Allan J. DeMars, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 04/07/2011 in Courtroom 619, Dirksen Federal Building Courthouse, 219 S. Dearborn Street - Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U.S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
Allan J. DeMars

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:  ESENTION RECORDS, INC.  §  Case No. 10-15704
§  Chapter 7
§  Hon. JACQUELINE P. COX
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $14,522.86 |
| *and approved disbursements of* | $21.80 |
| *leaving a balance on hand of* [1] | $14,501.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $14,501.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,202.29 | $0.00 | $2,202.29 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $16.74 | $0.00 | $16.74 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,250.00 | $0.00 | $2,250.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN, LTD. | $1,192.50 | $0.00 | $1,192.50 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN, LTD. | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| *Auctioneer, Fees* | |
| *Auctioneer, Expenses* | |
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $5,661.53 |
| Remaining balance: | $8,839.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for               , Fees* | | | |
| *Attorney for               , Expenses* | | | |
| *Accountant for             , Fees* | | | |
| *Accountant for             , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $8,839.53 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $8,839.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $99,917.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | UPS Freight | $338.39 | $0.00 | $29.94 |
| 2 | Dixie Sounds Work | $781.81 | $0.00 | $69.17 |
| 3 | Chris Panaghi | $9,600.00 | $0.00 | $849.29 |
| 4 | Distinctive Promo | $10,250.00 | $0.00 | $906.80 |
| 5 | Magazine Finance | $4,500.00 | $0.00 | $398.10 |
| 7 | Thomas R. Leavens | $13,402.50 | $0.00 | $1,185.70 |
| 8 | American Express Bank FSB | $61,044.86 | $0.00 | $5,400.53 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $8,839.53 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$3,590,908.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Nathan Silver | $3,590,908.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ Allan J. DeMars
Trustee

*Trustee's Name:*
Allan J. DeMars

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-15704-JPC
Esntion Records, Inc. Chapter 7
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: choward    Page 1 of 2    Date Rcvd: Mar 08, 2011
                       Form ID: pdf006    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2011.

```
db           +Esntion Records, Inc.,   2500 North Pulaski Road,   Chicago, IL 60639-2116
aty          +Neil P Gantz,   Neil Gantz Law Offices,   105 W Madison St,   Chicago, IL 60602-4602
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15392252     +ABC Court Reporters,   Cindy Conyers Knight CSR,   903 E. 18th Street Building II,
               Plano, TX 75074-5899
15392253     +Adam Barta,   1005 Esplanade,   Ste 4K,   Bronx, NY 10461-1258
15392254     +Alex Goykhman,   345 N. Canal St #1406,   Chicago, IL 60606-1366
15392255     +Amalgam Media,   XLR8R Magazine,   3180 18th Street #303,   San Francisco, CA 94110-2042
15392256      American Express,   P.O. Box 0001,   Los Angeles, CA 90096-0001
16170864      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15392257     +Ample Entertainment,   257 S. Lake Destiny Dr.,   Orlando, FL 32810-6254
15392259     +BOI Magazine,   3708 N. Halsted Street,   Chicago, IL 60613-3910
15392258      Bernd Loonbach,   Naoberdreef 3,   9403 KM Assen,   The Netherlands, EU
15392261     +Chris Panaghi,   DJG Productions Inc.,   242 Munro Blvd,   Valley Stream, NY 11581-3453
15392263     +Distinctive Promo,   P.O. Box 95,   Hewlett, NY 11557-0095
15392264     +Dixie Sounds Work,   Dan Miller,   42 Milton Ave,   Alpharetta, GA 30009-4606
15392265     +Four Play Music,   832 W. Oakdale,   Apt. 3A,   Chicago, IL 60657-9212
15392266     +J T Donaldson,   663 Henry Street,   APT. 2L,   Brooklyn, NY 11231-2633
15392267     +John Daminato,   5015 N. Winchester,   Chicago, IL 60640-6834
15392268     +Jules H. Kamin PH.D,   Valu Economics Inc,   6380 Wilshire Blvd. STE 1102,
               Los Angeles, CA 90048-5023
15392269     +Kristy Kay,   391 Blackman Road,   Nashville, TN 37211-5143
15392270     +Latino Unidos,   William Otero,   500 Central Ave Suite 106,   Union City, NJ 07087-5318
15392271     +Magazine Finance,   P.O. Box 128,   Fall River, WI 53932-0128
15392272     +Mark Stout,   1900 Capri Dr,   Aurora, IL 60503-5726
15392273     +Media Guide,   640 Freedon Business Center,   Suite 305,   King of Prussia, PA 19406-1383
15392274     +Merrill Legal Solutions,   315 Capitol,   Suite 210,   Houston, TX 77002-2828
15392275     +Nathan Silver,   2500 North Pulaski Road,   Chicago, IL 60639-2116
16141910     +Nathan Silver,   2500 North Pulaski Road,   Chicago, Illinois 60639-2116
15392276      Nenad Marjanovic,   Cybernitix,   11070 Belgrade,   Republic of Serbi
15392277     +Nick Homes,   9701 Schiller Blvd,   Franklin Park, IL 60131-2632
15392279     +Portable Video Services,   2608 FM 1647,   Winnsboro, TX 75494-9107
15392280     +Promo Only Entertainment,   257 S. Lake Destiny Dr.,   Orlando, FL 32810-6254
15392281     +Revolutionary Music, Inc.,   Bryan Ford,   1930 N. Leavitt St., #1,   Chicago, IL 60647-4456
15392283     +Russ Harris,   870 Benedetti Dr. #106,   Naperville, IL 60563-8920
15392285     +Shipside Productions LLC,   75 West St.,   Apt. 6S,   New York, NY 10006-1794
15392286     +The Law Offices of Wendy B. Mills,   100 Credcent Ct,   #700,   Dallas, TX 75201-2112
15392287     +Thomas R. Leavens,   Leavens & Strand, LLC.,   203 N LaSalle St,   Ste 2550,
               Chicago, IL 60601-1201
15392288     +Toy Robot Records Inc,   Jason Klein,   8306 Mills Drive #249,   Miami, FL 33183-4838
15392289     +TritonTM, Inc.,   c/o Bruce C. Morris, Beirne Maynard,   1300 Post Oak Blvd.,
               Houston, TX 77056-3043
15392290     +Tropical Productions LTD,   540 Ellsworth Ave,   #E-3,   Bronx, NY 10465-1740
15663838     +UNITED PARCEL SERVICE FREIGHT,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 4396,
               Timonium, Maryland 21094-4396
15392291      UPS Freight,   28013 Network Place,   Chicago, IL 60673-1280
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15392260       Carlos Soto,   PR
15392262       Christopher Thomas
15392278       Phillip Western,   3373 Fromme Road,   North Voncouver BC/, CA
15392282       Roy Resenfeld,   15 Dostay St,   Jerusalem, CA 93181
15392284       Ryan Bresnahan
15392292       VO Productions
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                              TOTALS: 6, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: choward              Page 2 of 2              Date Rcvd: Mar 08, 2011
                              Form ID: pdf006            Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2011**                               **Signature:**    _Joseph Speetjens_