EXHIBIT A@ FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No.** 10-15704  **Trustee Name:** Allan J. DeMars

**Case Name:** ESNTION RECORDS, INC.  **Date Filed (f) or Converted (c):** 4/9/10 (F)

**For Period Ending:** 12/31/11  **§341(a) Meeting Date:** 6/8/10

  **Claims Bar Date:** 9/23/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 checking account | 0.00 | 7,270.58 |  | 7,270.58 | FA |
| 2 copyrights/royalties | unknown | 7,245.43 |  | 7,245.43 | FA |
| 3 office equipment, furnishings | unknown | 0.00 | DA |  | FA |
| 4 cd units and vinyl units | unknown | 0.00 | DA |  | FA |
| 5 interest on invested funds |  |  |  | 6.85 |  |

TOTALS (Excluding unknown values)   14,516.01   14,522.86

(Total Dollar Amount in Column 6)